UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TODD McCLASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:03CV00066 AGF |
| ) | |
| LA PLATA R-II SCHOOL ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that counsel for La Plata R-II School District, et al. (the School Defendants), shall immediately contact Plaintiff to determine his availability for trial the week of **August 21, 2006**, and shall immediately thereafter advise the Court of Plaintiff's availability.

**IT IS FURTHER ORDERED** that in the future, any attorneys filing motions requesting a continuance or additional time shall first contact the pro se Plaintiff and attempt to obtain his consent.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 21st day of March, 2006.