UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TODD McCLASKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:03CV00066 AGF |
| | ) |
| LA PLATA R-II SCHOOL DISTRICT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Following a conference with counsel on March 30, 2006,

**IT IS HEREBY ORDERED** that the trial date in this case is reset to Monday, August 7, 2006, at 9:30 a.m., in Hannibal, Missouri.

*/s/ Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of April, 2006