UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TODD MCCLASKEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:03CV00066 AGF |
| ) | |
| LA PLATA R-II SCHOOL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on three motions filed by Plaintiff to add parties. Plaintiff commenced this case on October 14, 2003. An amended complaint was filed on May 20, 2004. Pursuant to the Case Management Order governing the case, the deadline for adding parties was October 1, 2004. A second amended complaint was filed with leave of Court on June 1, 2005, and an Amended Case Management Order set the discovery deadline as September 30, 2005. A third amended complaint was filed with leave of Court on October 17, 2005. Motions for summary judgment filed by Defendants are now fully briefed and trial is set for August 7, 2006. Upon review of the record, the Court concludes that allowing Plaintiff to add new parties at this late date in the proceedings would unduly prejudice Defendants and would interfere with the Court's management of its docket.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to add parties are **DENIED**. [Doc. Nos. 158, 165, and 168 ]

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of April, 2006.