UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TODD McCLASKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:03CV00066 AGF |
| ) | |
| LA PLATA R-II SCHOOL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day, all claims against all parties have been resolved in favor of Defendants and against Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered against Plaintiff in this action.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of November, 2006