UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TODD MCCLASKEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:03CV00066 AGF |
| LA PLATA R-II SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the pleading filed by Plaintiff on this day, is construed by the Court as a supplement to his Notice of Appeal, and shall be forwarded to the Clerk's Office of the Eighth Circuit Court of Appeals. To the extent Plaintiff intended this pleading to be addressed to this Court as a motion for reconsideration under Federal Rule of Civil Procedure 60(b), the motion is **DENIED** as without merit. [Doc. #268]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of December, 2006.